THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR.
THE
 STATE OF
 
 
 SOUTH CAROLINA
In
 The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Willie Legette, Appellant.
 
 
 

Appeal From
 Williamsburg County
 Howard P. King, Circuit
 Court Judge
Unpublished Opinion No. 2008-UP-058
Submitted January 1, 2008  Filed January 15, 2008   

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of
 
 Columbia, for Appellant.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and
 Solicitor Cecil Kelly Jackson, of Sumter, for Respondents.
 
 
 

PER CURIAM:  Willie Legette (Appellant) was convicted of murder and possession of a weapon during the
 commission of a violent crime.  He was
 sentenced to life in prison for murder and five years in prison for the weapons
 charge, to run consecutively.  On appeal,
 counsel for Appellant has filed a final brief along with a petition to be
 relieved as counsel.  Appellant has filed
 a pro se response.  After a
 thorough review of the record pursuant to Anders v. California, 386 U.S.
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss the appeal and grant counsels petition to be relieved.               
APPEAL
 DISMISSED.[1]
HEARN, C.J.,
 and KITTREDGE and THOMAS, JJ., concur. 

[1]  This case is decided without oral argument
 pursuant to Rule 215, SCACR.